# COMPLAINT FORM
(for filers who are prisoners without lawyers)
(revised 4/19/2022)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

Pg. 1 of 6 Pages

(Full name of plaintiff(s))

James E. Phillips

**FILED**
**03/08/2023**
**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Roger A.G. Sharpe, Clerk**

1.) vs (GCH) Z. Fawver
2.) (GCH) Sgt. Williams
(Full name of defendant(s))
3.) (GCH) Lt. Jackson
4.) (GCH) Capt. Ernest
5.) Warden Reagle
6.) Pendleton Correctional Facility
7.) A. Terry

Case Number:

1:23-cv-00412-JRS-KMB

(To be supplied by clerk of court)

A. PARTIES:

1. Plaintiff is a citizen of __Indiana__, and is located at
   (State)

   Pendleton Correctional Facility, 4490 West Reformatory Road, Pendleton, Indiana, 46064
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper).

2. Defendant 1.) (GCH) Z-Fawver
   2.) (GCH) Sgt. Williams
   3.) (GCH) Lt. Jackson
   4.) (GCH) Capt. Ernest
   5.) Warden Reagle
   6.) Pendleton Correctional Facility
   7.) A. Terry
   (Name)

From November 2022 up until to Date Plaintiff have Been Served Food Trays As well As Sack lunches that were uncovered and Open up to Environmental Elements and Contaminated with Foreign objects and Bugs on several occasions. Plaintiff has had consistant Problems with the Sanitation of staff issuing Food Trays and Sack lunches in one Form or Another on a constant Basis. I made Defendants and Facility aware of this issue and Problem And I was told By Defendants "Thats what Happens when you File law suits Against us" and was Not Given a Different Food Tray or Sack lunch Despite showing Defendants Foreign objects And/or Bugs that are in my Food Trays and Sack lunches. Plaintiff have had to Deal with this issue so many time on so many Separate occasions that Plaintiff did Not File Grievances on all occasions Due to being intimidated and Discourage But I Filed grievance on atleast 2 occasions Pertaining to the issues and Problems of Recieving Food Trays that were Contaminated with Foreign objects and Bugs that were un covered and Protected From Elements of Environment. Plaintiff made all Defendants listed in this civil Complaint aware of this Problem and issue From the Correctional From the Correctional officers up to the lieutenant and Captain of Cell house to No-Avail. Plaintiff was intentionally and consistently served un covered and Contaminated Food Trays and Sack lunches Despite Making Defendants Aware verbally and legibly through the Grievance Process in which the Grievance Specialist Nor Grievance Process offered No Resolution, Remedy, or Relief. Due to Recieving uncovered And Contaminated Food Trays and Sack lunches Plaintiff Got Sick in November of 2022 As well in December of 2022 in which Plaintiff Suffered From Extreme Stomach Aches and Cramps As well As Extreme Diahaarea and Vomiting. Plaintiff submitted A Health care Request Form to Facility and Health care Request appointment was never set and I was never seen by medical staff on Both occaisions. Plaintiff was later told By Defendants that his Health care Request Forms was Not Submitted and Turned in By Correctional officers that Recieved Forms was Not Submitted and was advised to stop filing Grievances and lawsuit as a Threat From Defendants. Plaintiff is currently recieving Food Trays and Sack lunches that are opened and uncovered and unprotected From Environmental Elements Despite Plaintiff's grievance complaints and verbal complaints. And Plaintiff is currently finding Foreign object and Bugs and things like Finger Nails inside Food as an act of Retaliation for having civil complaints against Facility and Defendants within. All Defendant all work in (GCH) Seg. unit and are Assigned to (GCH) seg. unit and was made aware of these problems and issues to No-Avail. Plaintiff is also currently Being Retaliated Against for filing this and other civil complaints in which Plaintiff's First, Eighth, and Fourteenth Amendment Rights are violated. Plaintiff First Amendment Rights were violated Because Defendants and Facility are Retaliating Because Plaintiff is engaging in an First Amendment Right activity that is Protected By the First Amendment. Plaintiff's Eighth Amendment Right is violated Because Defendants and Facility are subjecting Plaintiff to cruel and Unusual Punishment By Serving him un covered and Contaminated Food Trays and Sacks that contain Foreign objects and Bugs and Plaintiff's Fourteenth Amendment Rights are violated under the Equal Protection clause Due to Plaintiff's Eighth Amendment Right Being violated in which Defendants Piled conjuncture upon conjuncture.

Respectfully Submitted,
James E. Phillips #106333
(GCH) 7on1C Seg. unit.

(pg. 3) Information is the Same for All Defendants

is (if a person or private corporation) a citizen of __Indiana__
(State, if known)

and (if a person) resides at __Pendleton Correctional Facility__
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __Pendleton Correctional Facility, 4450 West Reformatory Road, Pendleton Indiana, 46064__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Defendants Z. Fawver and A. Terry violated my First, Eighth, and Fourteenth Amendment Rights By Retaliating Against me for having civil Complaints Against Facility By Giving me Food Trays that were uncovered and Contaminated with Foreign objects and Bugs. Defendant never Gave Plaintiff a Different Food Tray or Sack Bag lunch Despite Plaintiff's efforts of actually showing Foreign objects and Bugs that were found in Food and Despite Plaintiff verbally informing Defendant of the Problem and issue with Food Trays and Sacks. Being Retaliated Against violated my First Amendment Right, Being subjected to cruel and unusual Punishment Violates my Eighth Amendment Right, and my Fourteenth Amendment Right is violated under the Equal Protection Clause of being

A Prison Detainee, Defendant Sgt. Williams violated my First, Eighth and Fourteenth Amendment Rights By Allowing Defendants Z. Fawver and A. Terry Retaliate Against me for having civil Complaints Against Facility By Giving me Food Trays that were uncovered and Contaminated with Bugs and Foreign objects and opened Sack lunches Despite Plaintiff's efforts of actually showing Foreign objects and Bugs found in Food Trays and Sacks and Despite verbally informing him of these Problems and issues.

Due to this Fact he is equally Responsible because he was made aware of Problem and issue and Had the Authority to Rectify Problem and did Not Do so. According to Shaw vs. Stroud, 13 F.3d 791 (4th Cir. 1994) "The Court Held that Supervisors may be liable for the Actions of their subordinates where the Supervisor, By his own conduct, was Deliberately indifferent to, or Tacitly Authorized or Approved, Prior Constitutional Violations. Such liability is Not Based on Respondeat Superior, but Rather inflict on those committed to their care." Defendant Knew of Defendants who are Subordinates Actions Because I made him aware of Problem and Aware of their Actions. Defendant Lt. Jackson violated my First, Eighth, and Fourteenth Amendment Rights By Allowing Defendants to Continue serve Plaintiff Food Trays and Sack lunches that were Contaminated with Foreign objects and Bugs that made Plaintiff sick on 2 seperate occasion. Plaintiff made Defendant Aware of this Problem and issue through the Grievance Process in which he Responded through the Grievance Process for his Subordinate officer Z. Fawver Actions. Defendant was Aware of Problem and issue and Did Nothing to Rectify or Remedy Problem which makes him Equally Responsible According to Shaw vs. Stroud, 13 F.3d 791 (4th Cir. 1994). Defendant is Supervising officer to Defendants Z. Fawver, A. Terry and Sgt. Williams which all work (GCH) Seg. unit. Defendant Capt. Ernest violated my First, Eighth, and Fourteenth Amendment Rights Because he Supervises Defendants Z. Fawver, A. Terry, Sgt. Williams, and Lt. Jackson and all of those Defendants were Allowed to violate my First, Eighth, and Fourteenth Amendment Rights By Serving Plaintiff uncovered and contaminated Food Trays and Sack lunches and Plaintiff also made Defendant Aware of this Problem verbally. According to Shaw vs. Stroud, 13 F.3d 791 (4th Cir. 1994) Defendant is Equally Responsible Because all Defendants made Constitutional violations under his Supervision. Defendant Warden Reagle is equally Responsible for the violation of Plaintiff's Constitutional Rights Because He Supervises the Facility and all of the operations within Facility as well as all Facility Personnel and According to Shaw vs. Shroud, 13 F.3d 791 (4th Cir. 1994) "The court Held that Supervisors may be liable for the Actions of their subordinates where the Supervisor by his own conduct was Deliberately indifferent to, or Tacitly Authorized or Approved, Prior Constitutional violations. Such liability is Not Based on Respondeat Superior, But rather inflict on those Committee to their care." Due to these Facts warden Reagle is

Equally Responsible. Pendleton Correctional Facility is Equally Responsible Because Facility was used as a liability that violated and incorporated constitutional Rights violations.

C. JURISDICTION

[✓] I am suing for a violation of federal law under 28 U.S.C. § 1331.
OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ 200,000 . Two Hundred Thousand Dollars.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I would like any and All Fees encountered in this civil complaint to be Paid By Defendants including Filling Fees. Im sueing for $100,000 in Punitive Damages And A $100,000 in Compensatory Damages and Im Sueing Defendants in their individual and Collective Capacities and would like $200,000 to Be split up evenly Between All Defendants and Be Paid to me the Plaintiff. And Injunctive Relief for All Defendants to Not Serve uncovered And Contaminated Food Trays Nor Opened Sack lunches to Plaintiff and Be Reprimanded for their actions in A way thats legal for them and for the Courts. To recieve any and All Just and Proper Relief the Honorable Judge and Courts Deem.

D-6 (revised 4/20/2022)        Complaint - 4

E. JURY DEMAND

☐ Jury Demand - I want a jury to hear my case
   OR

☑ Court Trial - I want a judge to hear my case

Dated this __23__ day of __Feburary__ 20_23_.

Respectfully Submitted,

_____
Signature of Plaintiff

__106333__
Plaintiff's Prisoner ID Number

__Pendleton Correctional Facility, 4490 West Reformatory Road,__

__Pendleton Indiana, 46064__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F. OPTIONAL CERTIFICATION
Under penalty of perjury, I declare that the facts alleged in
this complaint are true and correct to the best of my knowledge
and belief.

_____ Signature of Plaintiff

REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE
FILING FEE   __Yes__

☑ I DO request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.