UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JAMES E. PHILLIPS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-00412-JRS-CSW |
| | ) | |
| Z. FAWVER GCH, | ) | |
| WILLIAMS Sgt GCH, | ) | |
| JACKSON Lt. GCH, | ) | |
| ERNEST Capt GCH, | ) | |
| A. TERRY, | ) | |
| | ) | |
| Defendants. | ) | |

**Order Denying Motion for Default Judgment**

Pending before the Court is Plaintiff's motion for default judgment. Dkt. 70. In the motion, he argues that the Court should grant a default judgment against Defendants because they did not file a motion for summary judgment by the Court-appointed deadline, even though they indicated their intent to do so earlier in the case. *Id.* (citing dkt. 47). The motion is similar to one that was previously denied, based in part on Plaintiff's failure to cite to any authority to support his arguments. *See* dkt. 69 at 2–4. The renewed motion now cites to authority—namely, Federal Rules of Civil Procedure 16(f) and 37(b)(2)(A), both of which allow a court to enter a default judgment against a party as a sanction for disobeying certain court orders. Dkt. 70 at 3–4.

But Defendants have not disobeyed any Court orders. As the Court already explained to Plaintiff, the fact that Defendants told the Court that they intended to file a summary judgment motion rather than pursue a settlement conference did not oblige them to do so. Dkt. 69 at 3. Nor did the Court's order setting a deadline for filing summary judgment motions. *Id.* And, indeed, it would have been improper for them to file a summary judgment motion if they knew that there

were disputes of fact that required a trial to resolve. *Id.* All the other arguments in Plaintiff's motion have already been rejected by the Court. *Id.* at 2–4.

Accordingly, Plaintiff's motion for default judgment, dkt. [70], is **denied**.

**IT IS SO ORDERED.**

Date: 11/15/2024

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

JAMES E. PHILLIPS
106333
WABASH VALLEY - CF
Wabash Valley Correctional Facility
6908 S. Old US Hwy 41
CARLISLE, IN 47838

Brandyn Lee Arnold
INDIANA ATTORNEY GENERAL
brandyn.arnold@atg.in.gov

Katherine A Meltzer
Office of Indiana Attorney General
katherine.meltzer@atg.in.gov