UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JAMES E. PHILLIPS,<br><br>               Plaintiff,<br><br>v.<br><br>Z. FAWVER, A. TERRY,<br>SGT. WILLIAMS, LT. JACKSON, and<br>CAPT. ERNST,<br><br>               Defendants. | Case No. 1:23-cv-00412-JRS-CSW |

## ACKNOWLEDGEMENT OF STIPULATION OF DISMISSAL
## WITH PREJUDICE AND ORDER FOR CLERK TO CLOSE CASE

The court acknowledges the stipulation filed by all parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), as to the dismissal of this action with prejudice. Pursuant to that Rule, this case is ordered DISMISSED with prejudice, each party bearing their owns costs.

The Clerk is directed to close this case.

**So Ordered.**

Date: 11/21/2025

                                                        _____
                                                        JAMES R. SWEENEY II, CHIEF JUDGE
                                                        United States District Court
                                                        Southern District of Indiana

Distribution:

JAMES E. PHILLIPS
106333
WABASH VALLEY - CF
Wabash Valley Correctional Facility
6908 S. Old US Hwy 41
CARLISLE, IN 47838

Counsel of record via CM/ECF